FILED
APR 1 8 2019
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 4:19CR305 HEA/PLC |
| JILVIS L. ROBINSON, ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about March 17, 2019, in the City of St. Louis and St. Louis County, within the Eastern District of Missouri,

**JILVIS L. ROBINSON,**

the Defendant herein, having been convicted previously in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess a firearm, a Sig Sauer Model P6 serial number M423046, which previously traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

### COUNT TWO

The Grand Jury further charges that:

On or about March 17, 2019, in the City of St. Louis, within the Eastern District of Missouri,

**JILVIS L. ROBINSON,**

the Defendant herein, aided and abetted by persons known and unknown to the Grand Jury, with intent to cause death and serious bodily harm, did take from the person and presence of another, by force, violence, and intimidation, a motor vehicle, that is, a 2018 Chevrolet Cruze, VIN#1G1BC5SMXJ7192803, that had been transported in interstate commerce.

In violation of Title 18, United States Code, Sections 2119 and 2, and punishable under Title 18, United States Code, Section 2119(1).

## COUNT THREE

The Grand Jury further charges that:

On or about March 17, 2019, in the City of St. Louis, within the Eastern District of Missouri,

**JILVIS L. ROBINSON,**

the Defendant herein, aided and abetted by persons known and unknown to the Grand Jury, knowingly possessed and brandished a firearm, in furtherance of a crime of violence for which they may be prosecuted in a court of the United States, that is, carjacking, in violation of Title 18, United States Code, Section 2119, as set forth in Count Two.

In violation of Title 18, United States Code, Sections 924(c)(1) and 2, and punishable under Title 18, United States Code, Section 924(c)(1)(A)(ii).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
RODNEY H. HOLMES, #6244551IL
Assistant United States Attorney